HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY, LLP
WILLIAM D. TAYLOR - 51689
CHRISTINA NUGENT - 199646
980 Ninth Street, Suite 1500
Sacramento, California 95814
Telephone: (916) 442-3333
Facsimile: (916) 442-2348
cnugent@hansonbridgett.com

Attorneys for Plaintiff
KLS AIR EXPRESS, INC. dba FREIGHT SOLUTION PROVIDERS

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLS AIR EXPRESS, INC. dba FREIGHT SOLUTION PROVIDERS, <br><br>Plaintiff, <br><br>v. <br><br>CHEETAH TRANSPORTATION LLC, and DOES 1 through 25, <br><br>Defendants. | No. SCV05-02593 FCD DAD <br><br>**PLAINTIFF'S ANSWER TO COUNTERCLAIM FOR FREIGHT CHARGES** |
| CHEETAH TRANSPORTATION, LLC, <br><br>Counterclaimant, <br><br>v. <br><br>KLS AIR EXPRESS, INC. dba FREIGHT SOLUTION PROVIDERS, <br><br>Counterdefendant. | |

KLS AIR EXPRESS, INC. dba FREIGHT SOLUTION PROVIDERS ("KLS") hereby answers CHEETAH TRANSPORTATION LLC's ("Cheetah") Counterclaim for Freight Charges ("Counterclaim"), and alleges as follows:

1. KLS lacks sufficient information or belief to admit or deny the allegations in paragraph 51 of the Counterclaim, and based upon such lack of information or belief, denies, generally and specifically, each and every allegation contained therein.

KLS's Answer to Counterclaim - 1 -

36701.1

2. KLS admits the allegations set forth in paragraph 52 of the Counterclaim.

3. KLS lacks sufficient information or belief to admit or deny the allegations in paragraph 53 of the Counterclaim, and based upon such lack of information or belief, denies, generally and specifically, each and every allegation contained therein.

4. KLS lacks sufficient information or belief to admit or deny the allegations in paragraph 54 of the Counterclaim, and based upon such lack of information or belief, denies, generally and specifically, each and every allegation contained therein.

5. KLS lacks sufficient information or belief to admit or deny the allegations in paragraph 55 of the Counterclaim, and based upon such lack of information or belief, denies, generally and specifically, each and every allegation contained therein.

6. KLS denies the allegations set forth in paragraph 56 of the Counterclaim.

7. KLS lacks sufficient information or belief to admit or deny the allegations in paragraph 57 of the Counterclaim, and based upon such lack of information or belief, denies, generally and specifically, each and every allegation contained therein.

## AFFIRMATIVE DEFENSES

As and for Affirmative Defenses to the Counterclaim, KLS alleges upon information and belief:

### FIRST AFFIRMATIVE DEFENSE

### (Failure To State Claim For Relief)

The Counterclaim and each and every claim for relief contained therein fails to allege sufficient facts to constitute a claim for relief against KLS.

### SECOND AFFIRMATIVE DEFENSE

### (Laches)

Any claims for damages are barred by the doctrine of laches.

### THIRD AFFIRMATIVE DEFENSE

### (Estoppel)

Counterclaimant is estopped from recovering on any claim it might have against KLS by reason of its own conduct, acts and omissions.

## FOURTH AFFIRMATIVE DEFENSE

### (Waiver)

Counterclaimant is barred from recovery because it has waived any and all rights to maintain the action filed in this case.

## FIFTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

The Counterclaim is barred by the doctrine of unclean hands.

## SIXTH AFFIRMATIVE DEFENSE

### (Statute Of Limitations)

The Counterclaim is barred by the applicable statute of limitations.

## SEVENTH AFFIRMATIVE DEFENSE

### (Failure of Conditions Precedent or Subsequent)

Counterclaimant failed to meet the applicable conditions precedent and/or conditions subsequent.

## EIGHTH AFFIRMATIVE DEFENSE

### (Lack of Consideration)

Counterclaimant's claims are barred by the lack or failure of consideration with regard to any alleged contract or other agreement upon which such claims are based.

## NINTH AFFIRMATIVE DEFENSE

### (Breach by Counterclaimant)

Counterclaimant's claims are barred and any performance by KLS is excused by Counterclaimant's own breach, anticipatory breach, failure to perform or by a failure of consideration, which has relieved and excused KLS of any and all contractual obligations or promises to Counterclaimant.

## TENTH AFFIRMATIVE DEFENSE

### (Statute of Frauds)

Any alleged contract upon which Counterclaimant's claims are based is barred by the statute of frauds.

| | |
|---|---|
| 1 | WHEREFORE, KLS prays for judgment against Cheetah as follows: |
| 2 | 1. That Counterclaimant take nothing by its Counterclaim; |
| 3 | 2. For an award of attorneys' fees; |
| 4 | 3. For costs incurred in this action; and |
| 5 | 4. For such other and further relief as this Court may deem just and proper. |

DATED: March 22, 2006

HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY, LLP

By:    /s/ CHRISTINA NUGENT
CHRISTINA NUGENT
Attorneys For Plaintiff
KLS AIR EXPRESS, INC. dba
FREIGHT SOLUTION PROVIDERS