1  Daniel Matthew Wigon, CSBN 219238
   Attorney at Law
2  1010 "J" Street
   SACRAMENTO, CALIFORNIA  95814
3  Telephone 916.447.8975

4  Attorney for Third Party
   Defendant Dmitry Duschak

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA
                          (Sacramento Division)
8

9  KLS AIR EXPRESS, INC.,                CASE NO. CV-S 05-02593 FCD DAD
            Plaintiff(s),
10                                              **SUBSTITUTION OF**
   v.                                              **ATTORNEY**
11
   CHEETAH TRANSPORTATION LLC, et
12 al.,
            Defendant(s)                         "AS MODIFIED"
13  ─────────────────────────────

14  AND ALL RELATED ACTIONS

15

16         Dimitry Dushchak, Defendant in the above entitled case, hereby substitutes Daniel

   Matthew Wigon,  at 1010 "J" Street, Sacramento, CA 95814, 916-447-8975, as attorney of
17
   record in place and stead of David L. Pfaff, Attorney at Law.
18

19
   Dated 9/22/2006                        ___/s/_____
20                                          Dimitry Dushchak
                                            Defendant
21

22
        I approve and consent to the above substitution.
23

24
   Dated 9/13/02006                       __/s/_____
25                                          David L. Pfaff
                                            Attorney at Law
26  ///

27  ///

28

*Substitution of Attorney*                Page 1 of  2

1 |      I am duly admitted to practice in this District and approve and consent to the above substitution.

Dated 9/15/2006                 ___/s/_____
                                                Daniel Matthew Wigon
                                                Attorney at Law

     IT IS SO ORDERED

Dated: October 5, 2006

                                                /s/ Frank C. Damrell Jr.
                                                United States District Judge