**BRIAN R. KATZ**
ATTORNEY AT LAW
CALIFORNIA STATE BAR NO. 88895
980 9TH STREET, 19TH FLOOR
SACRAMENTO, CALIFORNIA  95814
TELEPHONE:  (916) 446-6466
FACSIMILE:   (916) 446-2921
brian@katzbusinesslaw.com

Attorneys For Plaintiff:
KLS AIR EXPRESS, INC., dba FREIGHT
SOLUTION PROVIDERS

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLS AIR EXPRESS, INC., dba FREIGHT SOLUTION PROVIDERS, | NO.  SCV05-02593 FCD DAD |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY** |
| -- vs. -- | **ORDER** |
| CHEETAH TRANSPORATION LLC, and DOES 1 through 25, et al. | |
| Defendants. | |

Plaintiff, KLS AIR EXPRESS, INC., dba FREIGHT SOLUTION PROVIDERS, hereby substitutes as its Attorney, BRIAN R. KATZ, #88895, Attorney at Law, 980 9th Street, 19th Floor, Sacramento, California, 916-446-6466, in the place and stead of HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY, LLP.

I consent to this substitution:

                    PLAINTIFF:
                    KLS AIR EXPRESS, INC., dba
                    FREIGHT SOLUTION PROVIDERS

Dated: _____   By: _____/s/_____
                                          KENNETH L. STEERS, Jr.
                                          Vice-President

I consent to this substitution:

                    HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY, LLP.

Dated: _____   By:_____/s/_____
                                          WILLIAM D. TAYLOR, ATTORNEY

I consent to this substitution:

Dated: _____   _____/s/_____
                                          BRIAN R. KATZ
                                          Attorney for Plaintiff:
                                          KLS AIR EXPRESS, INC., dba
                                          FREIGHT SOLUTION PROVIDERS

**IT IS SO ORDERED.**

Dated: October 13, 2006

                                          /s/ Frank C. Damrell Jr._____
                                          FRANK C. DAMRELL JR.
                                          UNITED STATES DISTRICT JUDGE