UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KLS AIR EXPRESS, INC., dba
FREIGHT SOLUTION PROVIDERS,

    Plaintiff,

v.

CHEETAH TRANSPORTATION LLC.,

    Defendant.
_____/

NO.  CIV. S-05-2593 FCD DAD

**ORDER RE: SETTLEMENT AND DISPOSITION**

Pursuant to the representation of parties in their Joint Status Report filed on July 12, 2011, the court has determined that this case has settled.

In accordance with the provisions of Local Rule 160, dispositional documents are to be filed on or before August 12, 2011.  All dates/hearings set in this matter, to include any pending motions, are hereby VACATED.

**FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

**IT IS SO ORDERED**.

Dated: July 13, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE