Kathleen C. Jeffries (State Bar #110362)
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 460
Pasadena, California 91101
Telephone:  (626) 795-4700
Facsimile:   (626) 795-4790
kjeffries@scopelitis.com

Attorneys for Defendant, Counterclaimant
and Third Party Plaintiff
CHEETAH TRANSPORTATION, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KLS AIR EXPRESS, INC. dba FREIGHT SOLUTION PROVIDERS,<br><br>  Plaintiff,<br><br>  v.<br><br>CHEETAH TRANSPORTATION LLC, and DOES 1 through 25,<br><br>  Defendants.<br><br>AND RELATED COUNTER AND THIRD PARTY ACTIONS. | Case No. 2:05-CV-2593  FCD DAD<br><br>STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION<br><br><br><br><br><br>Trial Date:    Not Set |

       IT IS HEREBY STIPULATED by and between plaintiff KLS Air Express, Inc. dba Freight Solution Providers and defendant, counterclaimant and third party plaintiff Cheetah Transportation, LLC ("Cheetah"), the only parties remaining in this action, through their respective counsel of record, that a settlement agreement has been reached by and between said parties with respect to the complaint and counterclaim on file herein; that the terms of said settlement agreement have been satisfied, and that, accordingly, the entire action, including Cheetah's third party complaint against Sonko

1

STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION

Trucking, Inc., Sonko, Inc. and Sonko Transportation, Inc., may be dismissed with prejudice, with each party to bear its own costs and fees.

Dated: _____, 2011          WILKE, FLEURY, HOFFELT, GOULD & BIRNEY, LLP

                                 By:   /s/
                                       Thomas G. Redmon
                                       Attorneys for Plaintiff
                                       KLS AIR EXPRESS, INC. dba FREIGHT SOLUTION PROVIDERS

Dated: August 2, 2011            SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP

                                 By:   /S / Kathleen C. Jeffries
                                       Kathleen C. Jeffries
                                       Attorneys for Defendant, Counterclaimant and Third Party Plaintiff
                                       CHEETAH TRANSPORTATION, LLC

## ORDER

Based upon the Stipulation by and between plaintiff KLS Air Express, Inc. dba Freight Solution Providers and defendant, counterclaimant and third party plaintiff Cheetah Transportation, LLC ("Cheetah"), the only parties remaining in this action,

IT IS HEREBY ORDERED that the entire action is dismissed with prejudice, with each party to bear its own costs and fees.

Dated: August 2, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2

STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION